# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-334-MMD-(PAL) |
| ) | |
| RONALD KARTEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On October 22, 2012, defendant RONALD KARTEL pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy To Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information and the Plea Memorandum.

This Court finds that RONALD KARTEL shall pay a criminal forfeiture money judgment of $25,000.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD KARTEL a criminal forfeiture money judgment in the amount of $25,000.00 in United States Currency.

DATED this 22 day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE