FILED

JAN 2 7 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8   UNITED STATES OF AMERICA,            )
                                         )
9                Plaintiff,              )
                                         )
10     v.                                )    2:12-CR-334-JAD-(PAL)
                                         )
11  RONALD KARTEL,                       )
                                         )
12              Defendant.               )

13                         **ORDER OF FORFEITURE**

14          This Court found on October 22, 2012, that RONALD KARTEL shall pay the criminal

15  forfeiture money judgment of $25,000.00 in United States Currency, pursuant to Fed. R. Crim. P.

16  32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States

17  Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).  Information, ECF No.

18  1; Plea Memorandum, ECF No. 5; Change of Plea, ECF No. __; Order of Forfeiture, ECF No. 7.

19          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

20  States recover from RONALD KARTEL the criminal forfeiture money judgment in the amount of

21  $25,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,

2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

3      DATED this _____ day of _____, 2014.

4

5

6

7                                    _____
                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2